No. 98–7312.  BUTLER *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 98–7313.  CLARK *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 98–7314.  MCBRIDE *v.* NULTY, SUPERINTENDENT, COLD SPRINGS CORRECTIONAL FACILITY.  C. A. 4th Cir.  Certiorari denied.

No. 98–7316.  IBRAHIM *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 98–7319.  MANGRUM *v.* MARSHALL.  C. A. 11th Cir.  Certiorari denied.

No. 98–7321.  BROWN *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 98–7325.  AUTEN *v.* GOMEZ, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 98–7328.  ARMSTRONG *v.* RODRIGUEZ, CHAIRMAN, TEXAS BOARD OF PARDONS AND PAROLES, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 98–7329.  DAVIS *v.* BETHLEHEM STEEL CORP. ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 98–7331.  HUTCHINSON *v.* WASHINGTON.  Sup. Ct. Wash.  Certiorari denied.

No. 98–7333.  FALTAS *v.* THE STATE NEWSPAPER ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–7336.  GARRETT *v.* BESHEARS, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–7344.  GOLDSBY *v.* ROWLEY, SUPERINTENDENT, NORTHEAST CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.

No. 98–7346.  HOGAN *v.* NOBLES ET AL.  C. A. 5th Cir.  Certiorari denied.